## Anna Caswell, Administratrix of Estate of Russell Charles Caswell, Deceased, Appellee, v. Louis L. Smith, Appellant.

### Gen. No. 10,400.

Heard in this court at the February term, 1950. Hall, Meyer, & Carey, for appellant; Wesley G. Carey, of counsel; Adeline J. Geo-Karis and Eugene Lieberman, for appellees. Opinion by JUSTICE BRISTOW. Not to be published in full. Opinion filed July 13, 1950; released for publication August 1, 1950.